■ JOSEPH CANGIALOSI, Appellant, v SLATTERY ASSOCIATES, INC., Defendant and Third-Party Plaintiff-Respondent. CRISCAMA CONSTRUCTION CORP., Third-Party Defendant-Respondent. [639 NYS2d 712] —Appeal by the plaintiff from stated portions of an order of the Supreme Court, Queens County (Lonschein, J.), dated August 19, 1994.

Ordered that the order is affirmed insofar as appealed from, with costs, for reasons stated by Justice Lonschein at the Supreme Court. O'Brien, J. P., Copertino, Santucci and Krausman, JJ., concur.